HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.,<br>  Defendants. | **Case No.:**<br><br>**PLAINTIFF GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF GOOGLE LLC'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Google LLC

2.  XXVI Holdings Inc., Holding Company of Google LLC

3.  Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: January 13, 2026

Respectfully submitted,

By: */s/ David Perlson*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF GOOGLE LLC'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

\\4137-4664-5092  v1