| | |
|---|---|
| HOGAN LOVELLS US LLP<br>David Perlson (Bar No. 209502)<br>david.perlson@hoganlovells.com<br>Antonio Sistos (Bar No. 238847)<br>ton.sistos@hoganlovells.com<br>Gurtej Singh (Bar No. 286547)<br>tej.singh@hoganlovells.com<br>Isabella Bosetti (Bar No. 358767)<br>isabella.bosetti@hoganlovells.com<br>4 Embarcadero Center, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (415) 374-2300<br><br>*Attorneys for Plaintiff Google LLC* | Jason G. Sheasby (SBN 205455)<br>jsheasby@irell.com<br>Andrew Strabone (SBN 301659)<br>astrabone@irell.com<br>Lucas S. Oxenford (SBN 328152)<br>loxenford@irell.com<br>Steven Marshack (SBN 364249)<br>smarshack@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Ste. 900<br>Los Ángeles, CA 90067<br>310-277-1010<br><br>Anthony Q. Rowles (SBN 301209)<br>trowles@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Dr #400<br>Newport Beach, CA 92660<br>949-760-0991<br><br>*Counsel for Defendants*<br>*Valtrus Innovations Limited and*<br>*Key Patent Innovations Limited* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>VALTRUS INNOVATIONS LTD. and<br>KEY PATENT INNOVATIONS LTD.,<br><br>       Defendants. | Case No.: 3:26-cv-00363-LJC<br><br>**JOINT STIPULATION CONCERNING SERVICE AND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE MOVE** |

Pursuant to Local Rule 6-1(a), Plaintiff Google LLC ("Plaintiff") and Defendants Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Defendants"), by and through their respective counsel, stipulate to the following, including the following extension:

1. Plaintiff filed the Complaint in this action on January 13, 2026. (Dkt.1).

2. Defendants have not yet been served with Plaintiff's Complaint.

3. Counsel for Defendants has agreed to waive service for Defendants under the Hague Convention in exchange for an extension of time for Defendants to answer or otherwise respond to the Complaint by April 16, 2026.

4. There have been no previous modifications of any deadlines in this case and the stipulated extension does not affect the initial case management conference, currently scheduled for April 16, 2026, or any other dates set by the Court's Order Setting Initial Case Management Conference and ADR Deadlines. (Dkt. 10).

5. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims or affirmative defenses.

Dated: January 27, 2026

Respectfully submitted,

By: */s/ David Perlson*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

Dated: January 27, 2026

Respectfully submitted,

By: */s/ Andrew Strabone*
Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
Andrew Strabone (SBN 301659)
astrabone@irell.com
Lucas S. Oxenford (SBN 328152)
loxenford@irell.com
Steven Marshack (SBN 364249)
smarshack@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
310-277-1010

Anthony Q. Rowles (SBN 301209)
trowles@irell.com
IRELL & MANELLA LLP
840 Newport Center Dr #400
Newport Beach, CA 92660
949-760-0991

*Counsel for Defendants*
*Valtrus Innovations Limited and Key Patent*
*Innovations Limited*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 27, 2026                    */s/ David Perlson*
                                           David Perlson
                                           *Attorney for Plaintiff Google LLC*