HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>VALTRUS INNOVATIONS LTD. and<br>KEY PATENT INNOVATIONS LTD.,<br>Defendants. | Case No.: 3:26-cv-00363-TLT<br><br>**STIPULATION REGARDING DISMISSAL OF '588, '416, '218, '953, AND '244 PATENTS**<br><br>Judge:     Trina L. Thompson<br>Location:  Courtroom 9, 19th Floor |

Case No. 3:26-cv-00363-TLT

HOGAN
LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO    \\4123-8631-4340 v1

Plaintiff Google LLC ("Google") and Defendants Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Ltd. ("KPI") (collectively, the "Parties") hereby stipulate and agree to the entry of an order dismissing, without prejudice, Google's declaratory judgment claims, Counts II, III, VI, VIII, and IX of Google's complaint, against Valtrus and KPI concerning U.S. Patent Nos. 7,251,588 ("the '588 patent"), 8,370,416 ("the '416 patent"), 7,730,218 ("the '218 patent"), 7,376,953 ("the '953 patent"), and 6,889,244 ("the '244 patent"), with each side to bear their own costs and fees on the dismissed claims.

The Parties submit the attached Proposed Order dismissing, without prejudice, Plaintiff's claims relating to the '588, '416, '218, '953, and '244 patents.

Jointly submitted on April 16, 2026.

By: */s/ Antonio Sistos*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

By: */s/ Andrew Strabone*
Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
Andrew Strabone (SBN 301659)
astrabone@irell.com
Lucas S. Oxenford (SBN 328152)
loxenford@irell.com
Steven Marshack (SBN 364249)
smarshack@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
310-277-1010

Anthony Q. Rowles (SBN 301209)
trowles@irell.com
IRELL & MANELLA LLP
840 Newport Center Dr #400
Newport Beach, CA 92660
949-760-0991

*Attorneys for Defendants Valtrus Innovations Ltd. and Key Patent Innovations Ltd.*

HOGAN LOVELLS
US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

\\4123-8631-4340 v1

### FILER'S ATTESTATION

I attest in compliance with Civil Local Rule 5-1(i)(3) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: April 16, 2026                          By: */s/ Antonio Sistos*

HOGAN LOVELLS
US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

\\4123-8631-4340  v1