HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

    v.

VALTRUS INNOVATIONS LTD. and
KEY PATENT INNOVATIONS LTD.,
Defendants.

Case No.: 3:26-cv-00363-TLT

**[PROPOSED] ORDER DISMISSING THE '588, '416, '218, '953, AND '244 PATENTS WITHOUT PREJUDICE**

Judge:     Trina L. Thompson
Location:  Courtroom 9, 19th Floor

Case No. 3:26-cv-00363-TLT

[PROPOSED] ORDER DISMISSING THE '588, '416, '218, '953, AND '244 PATENTS WITHOUT PREJUDICE

\\4123-8631-4340  v1

Before the Court is the Parties' Joint Stipulation to dismiss, without prejudice, Plaintiff's declaratory judgment claims against Defendants relating to U.S. Patent Nos. 7,251,588; 8,370,416; 7,730,218; 7,673,953; and 6,889,244.  The Court finds that the Stipulation should be and is GRANTED. It is therefore ORDERED that Plaintiff's claims against Defendants relating to U.S. Patent Nos. 7,251,588; 8,370,416; 7,730,218; 7,673,953; and 6,889,244, specifically Counts II, III, VI, VIIII, and IX of Google's complaint, are dismissed, without prejudice, with each side to bear their own costs and fees on the dismissed claims.

Dated: _____, 2026

_____
Hon. Trina L. Thompson
United States District Judge

HOGAN LOVELLS
US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

\\4123-8631-4340 v1

[PROPOSED] ORDER DISMISSING THE '588, '416, '218, '953, AND '244 PATENTS WITHOUT PREJUDICE