HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, | Case No.: 3:26-cv-00363-TLT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO COUNTERCLAIMS** |
| v. | |
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., Defendants. | Judge:      Trina L. Thompson<br>Location:   Courtroom 9, 19th Floor |

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO COUNTERCLAIMS
CASE No. 3:26-CV-00363-TLT

Pursuant to Local Rule 6-1(b) and 6-2, Plaintiff Google LLC ("Google") and Defendants Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Ltd. ("KPI") (collectively, the "Parties") respectfully submit the following Stipulation and Proposed Order.

WHEREAS, Google filed the Complaint in this action on January 13, 2026 (Dkt. 1);

WHEREAS, the Parties stipulated to an extension of time for Valtrus and KPI to answer or otherwise respond to the Complaint, to April 16, 2026 (Dkt. 14);

WHEREAS, on April 16, 2026, Valtrus and KPI filed their Answer, Affirmative Defenses, and Counterclaims (Dkt. 23);

WHEREAS, Google's deadline to respond to Valtrus and KPI's Counterclaims filed on April 16, 2026 (Dkt. 23), is May 7, 2026;

WHEREAS, on April 20, 2026, the Court granted the Parties' stipulation (Dkt. 22); dismissed Counts II, III, VI, VIII, and IX of Google's Complaint (the "Dismissed Counts"); and ordered Google to file an amended complaint within 14 days, by May 4, 2026, reflecting this Order (Dkt. 25).

Now therefore, the Parties, through the undersigned counsel, hereby stipulate as follows:

1. Given that Google will be filing an Amended Complaint pursuant to the Court's Order (Dkt. 25), Google's deadline to respond to Valtrus and KPI's current Counterclaims filed on April 16, 2026 (Dkt. 23) is hereby vacated.

Jointly submitted on May 1, 2026.

By: */s/ David Perlson*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

By: */s/ Andrew Strabone*
Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
Andrew Strabone (SBN 301659)
astrabone@irell.com
Lucas S. Oxenford (SBN 328152)
loxenford@irell.com
Steven Marshack (SBN 364249)
smarshack@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
310-277-1010

Anthony Q. Rowles (SBN 301209)

trowles@irell.com
IRELL & MANELLA LLP
840 Newport Center Dr #400
Newport Beach, CA 92660
949-760-0991

*Attorneys for Defendants Valtrus Innovations Ltd.
and Key Patent Innovations Ltd.*

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. 3:26-CV-00363-TLT

**FILER'S ATTESTATION**

I attest in compliance with Civil Local Rule 5-1(i)(3) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: May 1, 2026                                   By: */s/David Perlson*

**ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2026                          By: _____
                                                         Hon. Trina L. Thompson
                                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. 3:26-CV-00363-TLT