HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., Defendants. | **Case No.: 3:26-cv-00363-TLT**<br><br>**PLAINTIFF AND COUNTERCLAIM-DEFENDANT GOOGLE LLC'S STIPULATION REGARDING INVALIDITY GROUNDS**<br><br>Judge:      Trina L. Thomspon<br>Location:  Courtroom 9, 19th Floor |

HOGAN
LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF AND COUNTERCLAIM-DEFENDANT GOOGLE LLC'S STIPULATION REGARDING
INVALIDITY GROUNDS
CASE NO. 3:26-CV-00363-TLT

On February 17, 2026, Google LLC ("Google") filed a petition for *inter partes* review for claims 14-21 and 25-28 of U.S. Patent No. 7,057,509 in IPR2026-00262.

GOOGLE HEREBY STIPULATES that if IPR2026-00262 is instituted (and institution is not subsequently vacated), Google will not pursue in this district court proceeding (*Google LLC v. Valtrus Innovations Ltd*, No. 3:26-cv-00363-TLT (N.D. Cal.)): (i) the specific grounds raised in IPR2026-00262, and (ii) any other ground that Google reasonably could have raised during the IPR (i.e., any ground that Petitioner reasonably could have raised under §§ 35 U.S.C. 102 or 103 on the basis of prior art patents or printed publications). Google plans to file a copy of this stipulation as an exhibit in IPR2026-00262.

IT IS SO STIPULATED.

Dated: May 26, 2026

Respectfully submitted,

By: */s/ David Perlson*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Gurtej Singh (Bar No. 286547)
tej.singh@hoganlovells.com
Isabella Bosetti (Bar No. 358767)
isabella.bosetti@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Plaintiff Google LLC*

- 2 -

HOGAN LOVELLS
US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF AND COUNTERCLAIM-DEFENDANT GOOGLE LLC'S STIPULATION REGARDING INVALIDITY GROUNDS
CASE NO. 3:26-CV-00363-TLT