United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

Plaintiff,

v.

VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.,

Defendants.

Case No. 26-cv-00363-TLT

**ORDER DISMISSING OF U.S. PATENT NO. 7,057,509 INFRINGEMENT CLAIM**

Re: Dkt. No. 55

On September 8, 2026, the parties stipulated that the Patent Trial and Appeal Board instituted *inter partes* review of the U.S. Patent No. 7,057,509 (the "'509 Patent") on August 19, 2026 (IPR2026-00262). ECF 55.

Prior to that, Defendants filed the Amended Answer and Counterclaims to Plaintiff's Amended Complaint, including their second counterclaim for the infringement of the '509 Patent on June 22, 2026. ECF 36. In connection with the second counterclaim, Plaintiff filed a Motion to Dismiss Defendants' Amended Counterclaims on July 17, 2026. ECF 44.

To eliminate disputes between the parties and narrow the issues, the parties have agreed to the dismissal of Defendants' Second Counterclaim for infringement of the '509 Patent with prejudice. ECF 55.

Pursuant to the parties' stipulation, the Court ORDERS that Defendants' Second Counterclaim for infringement of the '509 Patent is DISMISSED WITH PREJUDICE, and each party bears their own costs and fees on the dismissed claim.

Because Plaintiff's pending Motion to Dismiss, ECF 44, appears to intertwine arguments regarding the other patents at issue with the '509 Patent, Plaintiff is ordered to file the corrected

Motion to Dismiss, without adding any additional arguments, along with a redline document showing the changes, by September 23, 2026. The hearing for the Motion to Dismiss set for December 15, 2026, is maintained. ECF 50.

IT IS SO ORDERED.

Dated: September 9, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California